CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

JUN 0 1 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

|  |  |
|---|---|
| IN RE: JAY VINCENT | ) Misc. Action No. 7:06MC00034 <br> ) <br> ) **MEMORANDUM OPINION** <br> ) <br> ) By: Hon. Glen E. Conrad <br> ) United States District Judge |

Jay Vincent recently filed this miscellaneous action, which was styled as a "criminal complaint." In the complaint, Vincent alleges that certain postal employees engaged in criminal activity.

It is well established that private citizens can neither bring a direct criminal action against another person nor petition the federal courts to compel the criminal prosecution of another person. See Maine v. Taylor, 477 U.S. 131, 137 (1986); Leeke v. Timmerman, 454 U.S. 83, 86-87 (1981); Lida R.S. v. Richard D., 410 U.S. 614, 619 (1973). Accordingly, this action must be summarily dismissed.

The Clerk is directed to send certified copies of this memorandum opinion and the accompanying order to the petitioner.

ENTER: This 1st day of June, 2006.

_/s/ Glen Conrad_
United States District Judge